NOWAHOMA OIL & GAS CO. et al. v. LONGBONE et al.

No. 11118—Opinion Filed Nov. 1, 1921.

(Syllabus.)

**Appeal and Error—Time for Perfecting Appeal—Dismissal.**

Where a petition in error is not filed in this court until after the expiration of six months from the date of final judgment or order appealed from, this court has no jurisdiction over the subject-matter, and the appeal will be dismissed.

Error from District Court, Nowata County; C. W. Mason, Judge.

Action between the Nowahoma Oil & Gas Company et al. and Frank Longbone et al. From the judgment, the former bring error. Dismissed.

J. G. Hutchison and E. E. Sams, for plaintiffs in error.

Glass & Calvert, for defendants in error.

HARRISON, C. J. The judgment appealed from herein was rendered June 12, 1919, and appeal not filed until December 24, 1919, 12 days after the expiration of the six-months statutory period within which to file an appeal in this court.

Where petition in error and case-made are not filed in this court within six months from the date of the order or judgment appealed from as required by Session Laws 1910-11, ch. 18, the appeal will be dismissed upon the proper motion of defendant in error. Davis v. Revella, 75 Okla. 8, 108 Pac. 958; Ham, et al. v. Veasey, 79 Okla. 133, 191 Pac. 1094.

Where petition in error is not filed in this court until after the expiration of six months from date of order or judgment appealed from, this court has no jurisdiction

over the subject-matter, and the appeal will be dismissed. Wagnon v. Davison, 79 Okla. 209, 192 Pac. 565.

The appeal is dismissed.

KANE, JOHNSON, MILLER, and KENNAMER, JJ., concur.